UNPUBLISHED

FILED: 9/2/15

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-6485
(4:14-cv-00185-MGL)

PAUL ANTHONY RICE, a/k/a Paul Rice,

Petitioner - Appellant,

v.

WARDEN JOHN PATE,

Respondent - Appellee.

O R D E R

Paul Anthony Rice has filed a petition for panel rehearing and rehearing en banc. We grant panel rehearing. Fed. R. App. P. 40. As no judge of this court requested a poll under Fed. R. App. P. 35, the court denies the petition for rehearing en banc.

For the Court

/s/ Patricia S. Connor, Clerk